# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

SHANDA AZZI ABNEY, individually and on behalf of all others similarly situated,

    Plaintiff,

    v.

SHC SERVICES, INC., a Utah Corporation, d/b/a Supplemental Health Care,

    Defendant.

C.A. No. 9:18-CV-81512-WPD

## AMENDED[1] ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the Notice of Dismissal With Prejudice, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

1. The Notice is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE** as to all claims of the Plaintiff, Shanda Azzi Abney, individually, and without prejudice as to all claims of any unnamed member of the alleged class;

3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February, 2019.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] Amended to correct scrivener's error.

Copies to:
Counsel of Record